# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| RICHARD STAPLETON | Case No.  6:13CR60036-001 |
| | USM No.   11608-010 |
| | Morse U. Gist |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   One, two, three, four, five, six, seven, and eight   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of controlled substances | February 5, 2020 |
| Two | Failure to report for drug testing | January 8, 2020 |
| Three | New law violation | May 9, 2019 |
| Four | New law violation | June 10, 2019 |
| Five | Failure to report for drug testing | February 4, 2021 |
| Six | Use of controlled substances | January 7, 2021 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   0705

Defendant's Year of Birth:   1976

City and State of Defendant's Residence:
Hot Springs, Arkansas

April 8, 2021
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

4/9/2021
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT:  RICHARD STAPLETON
CASE NUMBER:  6:13CR60036-001

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
|---|---|---|
| Seven | Failure to attend substance abuse treatment | January 20, 2021 |
| Eight | New law violation | December 8, 2020 |

DEFENDANT: RICHARD STAPLETON
CASE NUMBER: 6:13CR60036-001

Judgment — Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Nine (9) months imprisonment with credit for time served in federal custody.  No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant remain in confinement at the Saline County Detention Center until fully inoculated for COVID-19.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL